THE TOWN OF TAYLOR, Appellant, *v.* ELISHA BROWN, Respondent.

(Argued March 12, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made January 10, 1888, which affirmed a judgment in favor of defendant, entered on a decision of the court on trial at Special Term.

*R. H. Duell* for appellant.

*Isaac S. Newton* for respondent.

Agree to affirm ; no opinion.
All concur, except FOLLETT, Ch. J., not sitting.
Judgment affirmed.

----

JOSEPH DISHER, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued March 19, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1886, which affirmed a judgment in favor of plaintiff, entered on a verdict, and affirmed an order denying a motion for a new trial.

*James F. Gluck* for appellant.

*John T. Murray* for respondent.

Agree to affirm ; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.